IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Rodney Waring, | ) | C.A. No.: 2:23-cv-5453 |
| | ) | |
| Plaintiff(s), | ) | |
| vs. | ) | **ORDER TO CONDUCT MEDIATION** |
| | ) | |
| | ) | |
| Jeremy S. Kraft, et al. | ) | |
| | ) | |
| Defendant(s). | ) | |

The parties are **ORDERED** to conduct mediation **no later than October 3, 2024.** Upon completion of the mediation, counsel shall advise the court in writing only that the mediation has occurred, the date of the mediation, whether the case was settled in whole or in part, and whether a trial is necessary.

Attorneys primarily responsible for handling the trial, as well as the parties and/or insurer representatives with full settlement authority are **ORDERED** to be present **in person** at the mediation. "Full settlement authority" for the defendant means an individual who can decide to offer the plaintiff a sum up to the existing demand of the plaintiff or the policy limits of any applicable insurance policy, whichever is less. "Full settlement authority" for the plaintiff means the plaintiff himself or herself or a representative of the plaintiff who can make a binding decision on behalf of the plaintiff or plaintiffs.

If any reason exists why any person, party, or counsel subject to this Order should not attend this mediation, an appropriate motion should be filed at least three weeks prior to mediation.

Counsel are responsible for notifying and ensuring the presence of the parties and/or insurer representatives as described above.

Any questions concerning the selection of a mediator or the mediation process generally should be referred to the court's ADR Program Coordinator, Billie Goodman, at (803) 253-3491.

**AND IT IS SO ORDERED**.

<u>s/ Richard M. Gergel</u><br>
United States District Judge

Charleston, South Carolina
January 11, 2024