IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Joshua Bryan Jordan, #1005226293, | ) | C/A No. 2:22-CV-03521-DCN-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Versus | ) | **NOTICE OF REQUEST** |
| | ) | **FOR PROTECTION** |
| South Carolina Department of Corrections Office of Investigations and Intelligence; Matthew B. Watson and Richard M. Darling, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

The undersigned respectfully requests protection from trial and/or other hearings in the above-captioned matter presently pending before this Honorable Court, for the following times for reason(s) set forth below:

**July 22-August 2, 2024 (vacation)**

Respectfully submitted.

                                                    **BUYCK LAW FIRM, LLC**
                                                  P.O. Box 2424
                                                  Mt. Pleasant, SC 29465-2424
                                                  Telephone: (843) 377-1400
                                                  Facsimile: (843) 284-8105
                                                  Email: hwb@buyckfirm.com

                                                  _s/Hugh W. Buyck_
                                                  Hugh W. Buyck (Fed. ID # 6099)

                                                  Attorney for Defendants' South Carolina
                                                  Department of Corrections Office of
                                                  Investigations and Intelligence; Matthew B.
                                                  Watson and Richard M. Darling

_April 23_____, 2024
Mt. Pleasant, South Carolina

[Certificate of Service to follow]

## CERTIFICATE OF SERVICE

I certify that on this date a copy of the **NOTICE OF REQUEST FOR PROTECTION** was served on each party or counsel of record by ☒ via electronic filing, ☒ mailing, ☐ e-mailing, ☐ facsimile, or ☐ hand delivery in the manner prescribed by the applicable Rule of Civil Procedure.

Copy mailed to:

Joshua Bryan Jordan
102 Jack Court
Summerville, SC 29482

This __23rd__ day of __April__, 2024.

_____*s/Hugh W. Buyck*_____